## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**MOSE WALKER**                                                    **PLAINTIFF**

**v.**                          **No. 2:24-cv-108-DPM**

**ROBBIN A. CAMPBELL, JR., Chief, in his**
**Individual and official capacity; and**
**THE CITY OF WEST MEMPHIS**                      **DEFENDANTS**

### ORDER

The parties have a discovery dispute. Prosecuting Attorney Sonia Hagood doesn't have to answer Walker's questions about who her office is investigating. At her deposition, Hagood declined to answer any questions about investigations of Walker, Walker's lawyer, and other individuals. After a brief exchange, she clarified she was asserting the law enforcement privilege. *United States v. Jean*, 891 F.3d 712, 715 (8th Cir. 2018). Hagood didn't waive the privilege. She declined to answer and, after being pressed further, claimed the privilege. *Doc 31, Ex. C, p. 16*. Walker hasn't made a sufficient showing that the privilege should yield because of some particularized need in this case. *McKinney v. United States*, 2020 WL 7334411 at *4 (D. Minn. 2020). Hagood's objections are sustained. Joint report, *Doc. 31*, addressed.

So Ordered.

D.P. Marshall Jr.
United States District Judge

27 October 2025