IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MOSE WALKER**                                                                              PLAINTIFF

v.                                      No. 2:24-cv-108-DPM

**ROBBIN A. CAMPBELL, JR., Chief, in his
individual and official capacity; and
THE CITY OF WEST MEMPHIS**                                  DEFENDANTS

### ORDER

The Court notes Campbell's notice of filing, *Doc. 38*. Campbell may conventionally file his audio and video exhibits with the Clerk and send copies to Walker and the Court.

On filing matters under seal: the Court directs the parties to follow the procedures in their Agreed Protective Order, *Doc. 20*, as elaborated in this Order. Confidential information must, if practicable, be redacted. If redaction is impracticable, a party must move for permission to file the document under seal. *Doc. 20 at 4*. The moving party must justify sealing with specifics and solid reasons, including an explanation about why redaction cannot be done. The Court prefers a document-by-document explanation. A party's designation of material as confidential is not, standing alone, a sufficient reason to keep a document under seal.

Campbell has filed documents under seal without seeking prior permission. No reasons have been given. And he hasn't explained why redaction wasn't practicable. Campbell must therefore file redacted substitutes, or a notice with his reasons and explanation for keeping any unredactable document under seal, by 14 November 2025. If Walker objects on any document, he may respond within seven calendar days of Campbell's filing. And Campbell may reply within five calendar days of any response.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 November 2025