IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

MOSE WALKER                                          PLAINTIFF

v.                          No. 2:24-cv-108-DPM

ROBBIN A. CAMPBELL, JR., Chief, in his
individual and official capacity;  MARCO
MCCLENDON, Mayor, in his individual
and official capacity;  and THE CITY OF
WEST MEMPHIS                                         DEFENDANTS

## JUDGMENT

Captain Walker's claims against Mayor McClendon, and his

Arkansas Whistle-Blower Protection Act claims against West Memphis

and Chief Campbell, are dismissed without prejudice.  His remaining

claims are dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

16 July 2026